Order issued December 13, 2012

005281



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-00143-CV

**OSTROVITZ & GWINN, LLC, Appellant**

V.

**FIRST SPECIALTY INSURANCE COMPANY, Appellee**

## ORDER

Before Justices O'Neill, FitzGerald, and Lang-Miers

We **GRANT** Appellant Ostrovitz & Gwinn, LLC's Motion for Leave of Court to File Its First Amended Notice of Appeal.

We **ORDER** that the first amended notice of appeal received on December 6, 2012, is considered properly filed as of that date.

We direct the clerk of this Court to send a copy of Plaintiff Ostrovitz & Gwinn, LLC's First Amended Notice of Appeal to the Dallas County District Clerk.

KERRY P. FITZGERALD
JUSTICE